**Lewis B. FREEMAN, as Receiver of Unique Gems Int'l Corp., Lucy Martinez, individually and on behalf of all other similarly situated, Plaintiffs–Appellants,**

v.

**FIRST UNION NATIONAL, a National Banking Association, f.k.a. First Union National Bank of Florida, N.A., Defendant–Appellee,**

**Hector Ponte, et al., Defendants.**

**No. 02–11559.**

United States Court of Appeals, Eleventh Circuit.

March 9, 2004.

Patrice A. Talisman, Hersch & Talisman, P.A., Carol Cox Berk, Mishan, Sloto, Hoffman & Greenberg, Miami, FL, for Plaintiffs–Appellants.

Elliot H. Scherker, Greenberg, Traurig, Hoffman, Lipoff, Rosen & Quentel, P.A., Miami, FL, for Defendant–Appellee.

ments concerning Rule 15(c)(3)(A). arguments concerning Rule 15(c)(3)(A).

Before BARKETT and KRAVITCH, Circuit Judges, and FULLAM *, District Judge.

PER CURIAM:

In this case, the procedural history, facts, and issues are summarized in our previous opinion in which we certified a dispositive question of state law to the Florida Supreme Court. *Freeman v. First Union Nat'l*, 329 F.3d 1231 (11th Cir. 2003). Having received the response of the Florida Supreme Court, *Lewis B. Freeman v. First Union Nat'l Bank*, No. SC03–896, 2004 WL 178598, 865 So.2d 1272 (Fla. Jan.29, 2004), we affirm the district court's dismissal of Freeman and Martinez's aiding and abetting a fraudulent transfer claim for failure to state a cause of action under Florida's Uniform Fraudulent Transfer Act, Fla. Stat. §§ 726.101 *et seq.* (2002), and remand for proceedings consistent with the Florida Supreme Court decision.

AFFIRMED.